UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESSYCA GRAY,

    Plaintiff,

v.                                                     Case No: 8:17-cv-2569-T-36JSS

HEALTHBRIDGE MEDICAL, INC., JOSE
A. HERNANDEZ and EDWIN
HERNANDEZ,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Julie S. Sneed on January 2, 2018 (Doc. 12). In the Report and Recommendation, Magistrate Judge Sneed recommends that the Court grant the parties' Joint Motion to Approve FLSA Settlement and for Dismissal with Prejudice (Doc. 11). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 12) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve FLSA Settlement and for Dismissal with Prejudice (Doc. 11) is **GRANTED.** The Settlement Agreement (Doc. 11 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute. The parties are directed to comply with its terms and conditions.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on January 18, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Julie S. Sneed
Counsel of Record